# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRICE BENNETT, | : | |
| Petitioner, | : | |
| | : | No. 1:17-CV-01202 |
| v. | : | |
| | : | (Judge Kane) |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 8th day of November 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1) The Petitioner's application to proceed in forma pauperis (Doc. No. 4), is **GRANTED**;

2) Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED without prejudice** to the right of Petitioner to re-file his Section 2254 petition upon exhausting his state court remedies with respect to his claim; and

3) The Clerk of Court shall **CLOSE** this case.

                                                                      s/Yvette Kane
                                                                       Yvette Kane, District Judge
                                                                       United States District Court
                                                                       Middle District of Pennsylvania